# United States District Court
## Southern District of Georgia

COLLEEN BOWLING,

    Plaintiff,

v.

ERIC SHINSEKI, Secretary, Department of Veterans Affairs,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 113-055

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on November 4, 2014, Final Judgment hereby stands ENTERED in favor of the Defendant, ERIC SHINSEKI, Secretary, Department of Veterans Affairs, and against the Plaintiff, COLLEEN BOWLING.

nOVEMBER 4, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03